UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT HAWKINS, et al.,**

    **Plaintiffs,**

                                            Case No. 94-72144

v.

                                            HONORABLE DENISE PAGE HOOD

**MARY SUE CZARNECKI, et al.,**

    **Defendants.**

                                                     /

## ORDER ACCEPTING REPORT AND RECOMMENDATION

    This matter is before the Court on Magistrate Judge Virginia M. Morgan's Report and Recommendation dated April 28, 2005. Plaintiffs filed Objections on May 10, 2005.

    Magistrate Judge Morgan concluded that Plaintiffs have failed to state any basis for relief in their Motion for Relief from Judgment and Motion to Amend Motion for Relief from Judgment. The Magistrate recommended this Court deny Plaintiffs' Motions.

    The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion for the proper reasons.

    Accordingly,

    IT IS ORDERED that the Report and Recommendation of Magistrate Judge Virginia M. Morgan dated April 28, 2005 **[Docket No. 188]** is ACCEPTED and ADOPTED as this Court's findings and conclusions of law.

    IT IS FURTHER ORDERED that Plaintiffs' Objections to Report and Recommendation **[Docket No. 191]** are DENIED.

    IT IS FURTHER ORDERED that Plaintiffs' Motion for Relief from Judgment **[Docket No.**

**185, filed March 30, 2005]** is DENIED.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Amend Motion for Relief from Judgment **[Docket No. 186, filed April 18, 2005]** is DENIED.

      /s/ Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: May 24, 2005